# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2376

_____

Jerome Allen Bargo

*Plaintiff - Appellant*

v.

Raymond Naylor, Administrator of Internal Affairs, Arkansas Department of Correction; Randy Watson, Warden, Varner Unit; Jeremy Andrews, Deputy Warden, Varner Unit; Tony McHan, Deputy Warden of Security, Varner Unit; Thomas Rowland, C.V.S.A. Examiner, Internal Affairs; Keith Waddle, Disciplinary Hearing Officer, Internal Affairs; Gladys Evans, Supervisor of Library, Varner Unit

*Defendants - Appellees*

_____

No. 18-1340

_____

Jerome Allen Bargo, ADC #75423 and all other similarly situated inmates

*Plaintiff - Appellant*

Marion Gene Westerman, ADC #121452 and all other similarly situated inmates; Robert Harold Munnerlyn, ADC #86196 and all other similarly situated inmates

*Plaintiff*s

v.

Wendy Kelley, Director, Arkansas Department of Correction; Randall Watson, Warden, Varner Unit

*Defendant*s

Jeremy Andrews, Deputy Warden, Varner Unit

*Defendant - Appellee*

Raymond Naylor, Disciplinary Hearing Administrator, ADC; Thomas Roland, Internal Affairs Officer, ADC

*Defendant*s

Keith Waddle, Disciplinary Hearing Officer, ADC

*Defendant - Appellee*

Gladys Evans, Supervisor, Varner Unit Library

*Defendant*

Jimmy Phillips, Correctional Captain, Varner Unit Field Utility and Hoe Squad

*Defendant - Appellee*

Ojiugo Iko, Doctor, Corizon Inc.

*Defendant*

_____

Appeals from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Jerome Bargo appeals from the adverse judgments in his related 42 U.S.C. § 1983 actions. In the case underlying appeal No. 18-1340, the District Court[1] disposed of the action in pre-service dismissal and summary judgment orders. After careful review of the record and the parties' arguments on appeal, we conclude there is no basis for reversal. See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (reviewing de novo the grant of summary judgment); Strandlund v. Hawley, 532 F.3d 741, 745 (8th Cir. 2008) (reviewing for abuse of discretion the dismissal of misjoined parties); Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (reviewing de novo pre-service dismissal).

In the case underlying appeal No. 17-2376, the District Court[2] dismissed the action based on res judicata and failure to state a claim. We have reviewed the record, and we conclude that dismissal was appropriate. See Kelly v. City of Omaha,

_____

[1] The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Judge Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

[2] The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.

813 F.3d 1070, 1075 (8th Cir. 2016) (reviewing de novo the grant of a motion to dismiss for failure to state claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure); Laase v. Cty. of Isanti, 638 F.3d 853, 856 (8th Cir. 2011) ("We review de novo the grant of a motion to dismiss for failure to state a claim based on *res judicata*.").

We affirm in both cases.

_____